*Messrs. James E. Lyons* and *Harry H. McElroy* for petitioner. *Mr. Arthur T. George* for respondent.

No. 791. SOUTHERN PACIFIC Co. *v.* GEO. H. CROLEY Co., INC. May 19, 1930. Petition for writ of certiorari to the Railroad Commission of California denied. *Messrs. James E. Lyons* and *Harry H. McElroy* for petitioner. *Mr. Marcel E. Cerf* for respondent.

No. 794. COULTER ET AL. *v.* EAGLE & PHENIX MILLS. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Frederic D. McKenney* and *Henry D. Gaggstatter* for petitioners. No appearance for respondents.

No. 804. COMMERCIAL UNION ASSURANCE Co. *v.* JASS ET AL. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. T. A. Hammond* and *Haines H. Hargrett* for petitioner. No appearance for respondent.

No. 806. MURPHY *v.* UNITED STATES. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Levi Cooke* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, John J. Byrne,* and *W. Marvin Smith* for the United States.

No. 807. THOMPSON, RECEIVER, ET AL. *v.* OTIS ELEVATOR Co. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr.*

*Daniel MacDougald* for petitioners. *Messrs. Edwin W. Sims, Elwood G. Godman,* and *Martin H. Long* for respondent.

No. 808. TIN DECORATING Co. *v.* METAL PACKAGE CORP. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. T. J. Johnston, J. Granville Meyers,* and *Charles S. Jones* for petitioner. *Messrs. William Houston Kenyon, Theodore S. Kenyon,* and *Frederick B. Townsend* for respondent.

No. 811. MORTGAGE GUARANTEE Co. *v.* WELCH, COLLECTOR OF INTERNAL REVENUE. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Ralph W. Smith* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, Sewall Key, Barham R. Gary,* and *Paul D. Miller* for respondent.

No. 816. PETTIT *v.* LUCAS, COMMISSIONER OF INTERNAL REVENUE. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. James H. Maxey, T. J. Leahy,* and *C. S. MacDonald* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, Sewall Key,* and *Morton P. Fisher* for respondent.

No. 825. UNITED STATES NAVIGATION Co., INC. *v.* CUNARD STEAMSHIP Co. ET AL. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for